UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Barron Partners                    Plaintiff,           11   C   0545        (JSR

-against-

CNPV Solar Power                   Defendant.
------------------------------------------------------- X

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending              [ ] I have no cases pending

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Jeremy S. Winer

[X]   Attorney

   [X]   I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: 8823 ; My State Bar Number is: 4228888

   [ ]   I am a Pro Hac Vice attorney

   [ ]   I am a Government Agency attorney

[ ]   Law Firm/Government Agency Association

   From:_____

   To:_____

   [ ]   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ]   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:        Wilmer Cutler Pickering Hale and Dorr LLP
                    399 Park Ave., New York, NY 10022

[X] Telephone No.:  212-230-8800

[X] Fax No.:        212-230-8888

[X] E-Mail Address: jeremy.winer@wilmerhale.com

Dated: March 23, 2011                        _____
                                             ATTORNEY'S SIGNATURE