UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                                 :

Barron Partners, L.P.                      :

               Plaintiff,                          :

v.                                             :     11 CV 0545 (JSR)

CNPV Solar Power, S.A.,             :

               Defendant.                     :

---------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant CNPV Solar Power, S.A. states that it is not a subsidiary of any parent corporation, and that it is listed on the New York Stock Exchange (NYSE) Alternext exchange with the ticker ALCNP.  It further states that no publicly held corporation owns 10% or more of its stock.

Dated:  March 31, 2011                        WILMER CUTLER PICKERING HALE AND DORR LLP

                                                         /s/ Jeremy S. Winer_____
                                                         Jeremy S. Winer
                                                         399 Park Avenue
                                                         New York, NY 10022
                                                         212.230.8800 (T)
                                                          212.230.8888 (F)
                                                         jeremy.winer@wilmerhale.com

        John J. Butts (pro hac vice application pending)
        Andrew S. Dulberg (pro hac vice application
                pending)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        617.526.6000 (T)
        617.526.5000 (F)
        john.butts@wilmerhale.com
        andrew.dulberg@wilmerhale.com


        *Attorneys for CNPV Solar Power, S.A.*