UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
Barron Partners, L.P.                          :
                          Plaintiff,           :
                                               :
v.                                             :          11 CV 0545 (JSR)
                                               :
CNPV Solar Power, S.A.,                        :
                          Defendant.           :
                                               :
-------------------------------------------------------------x

MAR 23 2011

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Jeremy S. Winer, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|                    |                                            |
|--------------------|--------------------------------------------|
| Applicant's Name:  | John J. Butts                              |
| Firm Name:         | Wilmer Cutler Pickering Hale and Dorr LLP  |
| Address:           | 60 State Street                            |
| City/State:        | Boston, MA 02109                           |
| Phone No.:         | (617) 526-6000                             |
| Fax No.:           | (617) 526-5000                             |
| E-Mail:            | john.butts@wilmerhale.com                  |

John Butts is a member in good standing of the bar of the State of Massachusetts.  There are no

pending disciplinary proceedings against Mr. Butts in any State or Federal Court.

DATED:  New York, New York
        March 23, 2011

                              Respectfully submitted,

                              _____
                              Jeremy S. Winer (JW 8823)
                              WILMER CUTLER PICKERING HALE AND DORR LLP
                              399 Park Avenue
                              New York, NY 10022
                              Tel.: (212) 230-8877
                              Fax: (212) 230-8888
                              jeremy.winer@wilmerhale.com

                              *Attorney for CNPV Solar Powers, S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                        :
Barron Partners, L.P.                   :
                                        :
                Plaintiff,              :
                                        :
v.                                      :      11 CV 0545 (JSR)
                                        :
CNPV Solar Power, S.A.,                 :
                                        :
                Defendant.              :
                                        :
------------------------------------------------------------x
```

## DECLARATION OF JEREMY S. WINER
## IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Jeremy S. Winer, declare under penalty of perjury, as follows:

1.      I am a counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), which represents CNPV Solar Power, S.A. in this action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit John J. Butts as counsel *pro hac vice* to represent CNPV Solar Power, S.A.

2.      I am a member in good standing of the bar of the State of New York.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      Mr. Butts is a partner at WilmerHale.

4.      Mr. Butts is, in my judgment, a skilled attorney and a person of integrity.  He is fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5.      Accordingly, I move for the admission of Mr. Butts *pro hac vice*.  A proposed

order granting the admission of John J. Butts *pro hac vice* is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit John J. Butts

*pro hac vice* to represent CNPV Solar Power, S.A. in the above-captioned matter.


DATED: New York, New York
         March 23, 2011


Jeremy S. Winer (JW 8823)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8877
Fax: (212) 230-8888
jeremy.winer@wilmerhale.com

*Attorney for CNPV Solar Power, S.A.*

- 2 -

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## John J. Butts

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **March** in the year of our Lord **two thousand and eleven**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

Barron Partners, L.P.                                    :
                                                        :
                         Plaintiff,                     :
                                                        :
v.                                                      :        11 CV 0545 (JSR)
                                                        :
CNPV Solar Power, S.A.,                                 :
                                                        :
                         Defendant.                     :
                                                        :
----------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jeremy S. Winer, attorney for CNPV Solar Power, S.A., and the sponsor

attorney's declaration in support;

**IT IS HEREBY ORDERED** that

|                     |                                          |
|---------------------|------------------------------------------|
| Applicant's Name:   | John J. Butts                            |
| Firm Name:          | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address:            | 60 State Street                          |
| City/State:         | Boston, MA 02109                         |
| Phone No.:          | (617) 526-6000                           |
| Fax No.:            | (617) 526-5000                           |
| E-Mail:             | john.butts@wilmerhale.com                |

is admitted to practice *pro hac vice* as counsel for CNPV Solar Power, S.A., in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password

at nysd.uscourts.gov.

DATED: _____, 2011          _____

            New York, New York               HONORABLE JED S. RAKOFF
                                             United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March, 2011, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

**Caryn Gail Schechtman**
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
(212)-896-2983
Fax: (212)-835-6001
Email: caryn.schechtman@dlapiper.com
*Attorney for Plaintiff, Barron Partners, L.P.*

**Edward Dean Totino**
DLA Piper Us LLP
1999 Avenue of The Stars
Los Angeles, CA 90067
(310)-595-3025
Fax: (310)-595-3325
Email: edward.totino@dlapiper.com
*Attorney for Plaintiff, Barron Partners. L.P.*

Christopher W. Carrion