UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Barron Partners, L.P.

           Plaintiff,

v.                                                       11 CV 0545 (JSR)

CNPV Solar Power, S.A.,

           Defendant.

------------------------------------------------------------x

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Jeremy S. Winer, attorney for CNPV Solar Power, S.A., and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Andrew S. Dulberg
    Firm Name:    Wilmer Cutler Pickering Hale and Dorr LLP
    Address:    60 State Street
    City/State:    Boston, MA 02109
    Phone No.:    (617) 526-6000
    Fax No.:    (617) 526-5000
    E-Mail:    andrew.dulberg@wilmerhale.com

is admitted to practice *pro hac vice* as counsel for CNPV Solar Power, S.A., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:    4/2, 2011
           New York, New York

                                                HONORABLE JED S. RAKOFF
                                                United States District Judge