UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Barron Partners, L.P.

              Plaintiff,

v.                                                        11 CV 0545 (JSR)

CNPV Solar Power, S.A.,

              Defendant.

-------------------------------------------------------------x

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Jeremy S. Winer, attorney for CNPV Solar Power, S.A., and the sponsor

attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John J. Butts |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6000 |
| Fax No.: | (617) 526-5000 |
| E-Mail: | john.butts@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for CNPV Solar Power, S.A., in the above-

captioned case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password

at nysd.uscourts.gov.

DATED: _____4/2_____, 2011

           New York, New York

HONORABLE JED S. RAKOFF
United States District Judge