UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
Barron Partners, L.P.            :
                                 :
       Plaintiff,          :
                                 :   Case No. 11-cv-0545 (JSR)
  -against-                     :
                                 :   **STIPULATION OF DISMISSAL**
CNPV Solar Power, S.A.,          :   **WITHOUT PREJUDICE**
                                 :
       Defendant.          :
---------------------------------- X

Plaintiff Barron Partners, L.P. and defendant CNPV Solar Power, S.A. hereby stipulate by and through their respective attorneys that this action shall be dismissed without prejudice. This stipulation may be executed in multiple parts. A facsimile copy of this stipulation and signatures shall have the same effect as the original.

IT IS SO STIPULATED.

DATED:   May 3, 2011        DLA PIPER LLP (US)

                            By: _____
                                Edward D. Totino
                                1999 Avenue of the Stars, Suite 400
                                Los Angeles, California 90067-6023
                                Tel: 310-595-3000

                            *Attorneys for Plaintiff Barron Partners, L.P.*


DATED:   May 3, 2011        WILMER CUTLER PICKERING HALE AND
                            DORR LLP

                            By: _____
                                Jeremy S. Winer
                                399 Park Avenue
                                New York, New York 10022
                                Tel: 212-230-8800

                            *Attorneys for Defendant CNPV Solar Power, S.A.*