UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
Barron Partners, L.P.

    Plaintiff,

-against-

CNPV Solar Power, S.A.,

    Defendant.
-------------------------------------- X

Case No. 11-cv-0545 (JSR)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/11

  Plaintiff Barron Partners, L.P. and defendant CNPV Solar Power, S.A. hereby stipulate by and through their respective attorneys that this action shall be dismissed without prejudice. This stipulation may be executed in multiple parts. A facsimile copy of this stipulation and signatures shall have the same effect as the original.

  IT IS SO STIPULATED.

DATED: May 3, 2011  DLA PIPER LLP (US)

        By: _____
        Edward D. Totino
        1999 Avenue of the Stars, Suite 400
        Los Angeles, California 90067-6023
        Tel: 310-595-3000

        *Attorneys for Plaintiff Barron Partners, L.P.*

DATED: May 3, 2011  WILMER CUTLER PICKERING HALE AND
        DORR LLP

        By: _____
        Jeremy S. Winer
        399 Park Avenue
        New York, New York 10022
        Tel: 212-230-8800

        *Attorneys for Defendant CNPV Solar Power, S.A.*

**SO ORDERED:**

_____
**U.S.D.J.**
5-7-11